THE CITY OF ST. LOUIS v. THE ST. LOUIS GAS LIGHT COMPANY, *Appellant*.

Costs: ADMINISTRATION: ATTORNEY'S FEES: RECEIVER. Fees paid by a receiver to his attorney for professional service and advice in regard to the management of the property impounded, are part of the costs of administration, and are not taxable as costs in the litigation, against the losing party. *

*Appeal from St. Louis Court of Appeals.*

AFFIRMED.

*Glover & Shepley* and *Noble & Orrick* for appellant.

*Leverett Bell* for respondent.

RAY, J.—This is a question as to the taxation of costs arising in the same court and between the same parties as that of *City of St. Louis v. St. Louis Gas Light Co., ante*, p. 223. The facts of the case, when and

---

* This syllabus is taken from 11 Mo. App. 243.

how it arose, as well as the question itself, sufficiently appear in 11 Missouri Appeal Reports, 243, where the judgment of the circuit court was also affirmed.

Upon examination of the opinion it is believed that the case was properly disposed of for the right reasons, and its judgment is, therefore, affirmed. All concur, except Sherwood, J., who did not sit.